No. 64256.—Border Brokerage Company *v*. United States, protests 59/8929, etc. (Seattle).

Opinion by LAWRENCE, J.   The protests were dismissed.

No. 64257.—Albert P. Wiener *v*. United States, protest 59/22077 (Los Angeles).

Opinion by LAWRENCE, J.   The protest was dismissed.